

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007
October 16, 2012

By Facsimile
Hon. Paul E. Davison
United States Magistrate Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
New York, NY 10007

# MEMO ENDORSED

Re: Rickett v. United States,
11 Civ. 8324 (CS) (PED)

Dear Judge Davison:

I write respectfully to request an adjournment of the conference scheduled for October 18, 2012 at 10:00 a.m. Because of a scheduling conflict due to personal reasons, I am unable to attend the conference at that time. I would be available the following week on October 22, 25, and 26. As Your Honor may recall, during the prior conference, the parties discussed a potential stipulation to dismiss the action, or in the alternative, the Government intended to file a motion to dismiss. Thereafter, I sent to Plaintiff a proposed stipulation and order for dismissal, which he has not yet signed. Accordingly, the Government respectfully requests an adjournment of the conference, or in the alternative, a briefing schedule for the filing of a dispositive motion. As Plaintiff is incarcerated, I have been unable to contact him to seek his consent to this request.

I thank the Court for its consideration of this request.

Respectfully,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: *[signature]*
KIRTI VAIDYA REDDY
Assistant United States Attorney
(212) 637-2751

*[Handwritten endorsement:]* Conference adjourned to 10/25/12 @ 10:00 a.m.

APPLICATION GRANTED
*[signature]*
Hon. Paul E. Davison, U.S.M.J.
10/16/12